Jermaine WILLIAMS, Plaintiff–
Appellant,

v.

Gary COPES; David Viator; Riley,
Major; M. Ivory, Defendants–
Appellees.

No. 03–30496.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Jermaine Williams, Monroe, LA, pro se.

Before KING, Chief Judge, and JOLLY
and STEWART, Circuit Judges.

PER CURIAM.*

Jermaine Williams, Louisiana inmate
# 366285, appeals the dismissal of his civil
rights suit, filed pursuant to 42 U.S.C.
§ 1983 as frivolous under 28 U.S.C.
§ 1915(e). Williams fails to show that the
district court abused its discretion when it
dismissed his due process claims surround-
ing a disciplinary hearing as frivolous be-
cause Williams lacked a liberty interest in
the punishment he received. *Siglar v.
Hightower*, 112 F.3d 191, 193 (5th Cir.
1997); *Sandin v. Conner*, 515 U.S. 472,
483–84, 115 S.Ct. 2293, 132 L.Ed.2d 418
(1995); *Madison v. Parker*, 104 F.3d 765,

767 (5th Cir.1997). Williams likewise fails
to show that the district court abused its
discretion when it dismissed his personal
injury claim as frivolous inasmuch as alle-
gations of negligence do not implicate the
Constitution. *Daniels v. Williams*, 474
U.S. 327, 328, 106 S.Ct. 677, 88 L.Ed.2d
662 (1986); *Salas v. Carpenter*, 980 F.2d
299, 306–07 (5th Cir.1992).

This appeal is without arguable merit.
It should therefore be dismissed as frivo-
lous. *See Howard v. King*, 707 F.2d 215,
219–20 (5th Cir.1983); 5TH CIR. R. 42.2.
The district court's dismissal of the instant
case as frivolous and for failure to exhaust
and this court's dismissal of Williams's ap-
peal as frivolous count as two strikes
against him for purposes of 28 U.S.C.
§ 1915(g). *See Adepegba v. Hammons*, 103
F.3d 383, 387–88 (5th Cir.1996); 28 U.S.C.
§ 1915(e)(2)(B)(i). Therefore, Williams is
WARNED that if he accumulates three
"strikes" under 28 U.S.C. § 1915(g), he
will not be able to proceed IFP in any civil
action or appeal filed while he is incarcer-
ated or detained in any facility unless he is
under imminent danger of serious physical
injury. *See* 28 U.S.C. § 1915(g).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.